UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELVIN LIRETTE, JR. | CIVIL ACTION |
| VERSUS | NO. 09-4188 |
| LAFOURCHE PARISH DETENTION CENTER ET AL. | SECTION "S" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Delvin Lirette, Jr., are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __25th__ day of ____November____, 2009.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE